ESTELLE GARRISON, as Executrix, etc., of GEORGE GARRISON, Deceased, Appellant, v. AUGUST J. PORR, Respondent, Impleaded with Another, Defendant. FLOYD W. BOWERS, Appellant, v. AUGUST J. PORR, Respondent, Impleaded with Another, Defendant. BURR BOWERS, Appellant, v. AUGUST J. PORR, Respondent,

Impleaded with Another, Defendant. ARTHUR L. BOWERS, Appellant, v. AUGUST J. PORR, Respondent, Impleaded with Another, Defendant.— Orders affirmed, with one bill of costs. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents and votes for reversal and that the verdicts be reinstated.